UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>IVAN AFANASYEV,<br><br>    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant Ivan Afanasyev's motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A).  (See dkt. no. 1298.)  The Government shall respond to Mr. Afanasyev's motion no later than October 8, 2020.  Mr. Afanasyev may reply no later than October 15, 2020.

**SO ORDERED.**

Dated: New York, New York
    September 24, 2020

            */s/ Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge