**THE MIRVIS LAW FIRM, P.C.**

October 15, 2020

**VIA ECF and EMAIL**
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10013

```
Counsel's request for an extension is granted.
Counsel shall file reply papers no later than
October 29, 2020.  SO ORDERED.
```

*/s/ Loretta A. Preska*   10/15/2020

      Re:    *United States v. Ivan Afanasyev*
             <u>Docket No. 17-CR-00350 (LAP)-15</u>

Dear Honorable Judge Preska:

    I write to request a two-week extension of time to file Mr. Afanasyev's Reply to the Government's Response to Mr. Afanasyev's Application. Mr. Afanasyev's Reply is currently due on or before October 15, 2020.

    This request is necessary because I am working with immigration officials to execute a stipulation wherein Mr. Afanasyev consents to his immediate deportation if he is released early.

    The government has no objection to this Application.

                                **Respectfully submitted**,

                                <u>/s/ Tony Mirvis</u>
                        By:   Tony Mirvis, Esq. (TM-2890)

cc:    AUSA Andrew Adams (Via ECF and Email)
        AUSA Andrew Thomas (Via ECF and Email)

28 Dooley Street, 3rd Floor, Brooklyn, NY 11235
Phone: 718.934.4141 · Fax: 718.228.8408
Mirvis.Tony@gmail.com