UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff<br><br>       -against-<br><br>IVAN AFANASYEV,<br><br>             Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Because Defendant has fulfilled the conditions of his release set out in the order of October 30, 2020, (dkt. no. 1316), the Bureau of Prisons shall release Mr. Afanasyev immediately.

    SO ORDERED.

Dated:   New York, New York
         December 9, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge